# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DEBORAH DONOGHUE and MARK RUBENSTEIN,

                Plaintiffs,

                -v-                              19 **CIVIL** 7991 (JPO)

ASTRO AEROSPACE LTD.

                Nominal Defendant              **JUDGMENT**

                and

BRUCE BENT,

                Defendant

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 19, 2020, Bent's motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York
           November 19, 2020

                                                                 **RUBY J. KRAJICK**
                                                                 _____
                                                                      Clerk of Court
                                         **BY:**
                                                                         **Deputy Clerk**