UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE, *et al.*,

                Plaintiffs,

-v-

BRUCE BENT, *et al.*,

                Defendants.

19-CV-7991 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

For the reasons stated on the record at the March 22, 2022 telephone conference, Plaintiffs' counsel are awarded $15,000 in attorney's fees and $725 in costs, for a total of $15,725. The Clerk of Court is directed close the motion at Docket Number 35.

    SO ORDERED.

Dated: March 22, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge