UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

DEBORAH DONOGHUE
and MARK RUBENSTEIN,

          Plaintiffs,

- against –

ASTRO AEROSPACE LTD.,

          Nominal Defendant,

-and-

BRUCE BENT,

          Defendant.

------------------------------------x

Case No. 19-CV-7991 (JPO)

**FINAL JUDGMENT**

    Pursuant to the Order entered by the Court in this action on March 22, 2022, at Dkt #47, Plaintiffs' counsel Miriam Tauber and David Lopez are hereby awarded attorneys' fees of $15,000 plus costs of $725, for a total award of $15,725.00, which amount is to be paid (jointly and severally) by Defendant Bruce Bent and Nominal Defendant Astro Aerospace Ltd.

    The Clerk of the Court is directed to enter and docket this Order and Final Judgment in this Action.

**SO ORDERED:** _____
                        J. PAUL OETKEN
                        United States District Judge

    **Dated:**    April 28, 2022