UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH DONOGHUE, *et al.*,

                      Plaintiffs,

              -v-

BRUCE BENT, *et al.*,

                      Defendants.

19-CV-7991 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

      On November 21, 2022, the Court granted Plaintiffs' request for post-judgment discovery, as well as attorney's fees and expenses in connection with their motion to compel Defendants to respond to those discovery requests. (ECF No. 55.) On January 30, 2023, Plaintiffs informed the Court that Defendants have not complied with any aspect of the November 21 Order. (ECF No. 56.) Plaintiffs' counsel has also submitted a request for $4,230 in supplemental fees and costs and for post-judgment interest. (*Id.*) The motion is unopposed.

      Plaintiffs' request for $4,230 in supplemental fees and costs, plus post-judgment interest from April 28, 2022, is therefore granted. *See* 28 U.S.C. § 1961. This is in addition to the $15,000 in attorney's fees and $725 in costs previously awarded to Plaintiffs' counsel in this matter. (ECF No. 47.)

      Counsel for all parties are directed to appear for a conference on the issue of Plaintiffs' request for sanctions—potentially including contempt of court—on Thursday, February 23 at 11:30 a.m. Counsel should call (888) 557-8511 at the scheduled time. The access code is 9300838.

      SO ORDERED.

Dated: February 15, 2023
       New York, New York

                                                        _____
                                                           J. PAUL OETKEN
                                                     United States District Judge